Exhibit 2.
Union Pacific's Conductor Certification Program
(filed under seal)