Exhibit 3.

Union Pacific's color vision testing instructions and procedures

**HEALTH & MEDICAL SERVICES STATUS UPDATE**

**April 09, 2013**

**To: Scott A. Mccoy (00161026), Shane J. Klein (00344052)**

**From: Pamela A. Pachaud/ Occ Health Nurse for Union Pacific Railroad – Chief Medical Officer**

**Subject: Schedule Request – Color Vision Field Test**

**Regarding: James R. Bien**
**Employee ID #: 00270823**
**Job Title: Thru Frt Conductor**

Please do the following:

**1.** Notify the employee and schedule the color vision field test. The field test **MUST** be completed within 14 days of receipt of this request.

**2.** Please review the attached procedure on conducting a color vision field test and print the required forms to complete the exam testing.

**3.** Submit the completed color vision field test form (Form 16950) promptly to Health & Medical Services confidential fax line at 402-501-0067 using the enclosed bar code cover sheet OR upload the form via the manager portal.

Thank you for your prompt response to this request.

For questions, please contact **Pamela A. Pachaud** at **402-544-8481.**

The following is enclosed for your review and completion:
  **1.** 16950 CVFT Form
  **2.** Multi-head Signal CVFT Admin Instructions
  **3.** Multi-head Signal CVFT Procedures



**UNION PACIFIC RAILROAD – HEALTH & MEDICAL SERVICES**
**COLOR VISION FIELD TEST FORM**

**EMPLOYEE NAME:** James R. Bien                                    **EMPLOYEE ID:** 00270823
**JOB TITLE ON DATE OF TEST:** _____             **TEST DATE:** _____

TEST LOCATION(check appropriate box):  **[ ]** WITHIN A YARD  **[ ]** MAINLINE TRACK
WEATHER CONDITIONS(check all boxes that apply):
**[ ]** DARK  **[ ]** DAYLIGHT  **[ ]** CLEAR  **[ ]** CLOUDY  **[ ]** FOG  **[ ]** RAIN  **[ ]** SNOW

APPROXIMATE DISTANCE FROM SIGNALS: _____(¼ mi = 440 yards)

| SIGNAL COLOR OR INDICATION | EMPLOYEE REACTION TIME (Mark "X" in the appropriate box) | | | DID EMPLOYEE IDENTIFY CORRECT SIGNAL? (Circle YES or NO} |
|---|---|---|---|---|
| | 1-2 Seconds | 2-3 Seconds | 3+ Seconds | |
| GREEN OVER RED (Clear) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |
| RED OVER RED (Stop) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |
| YELLOW OVER RED (Approach) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |
| RED OVER YELLOW (Diverging Approach) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |
| FLASHING RED (Stop) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |
| RED OVER FLASHING GREEN (Diverging Clear Limited) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |
| RED OVER GREEN (Diverging Clear) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |
| FLASHING YELLOW (Advance Approach) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |
| LUNAR (Restricting) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |
| DARK (Light Out) | [ ]1-2 | [ ]2-3 | [ ]3+ | YES   NO |

Tester's Opinion Regarding Employee's Ability to Identify Signal Indications within Appropriate Reaction Times: _____

Signature/Title of Tester_____ Company Phone #_____

Signature of Employee_____

Signature of Safety Manager_____

Signature of Union Representative(If Present During Testing) _____

www.up.com                                                                                  BUILDING AMERICA®

Confidential: Subject to Protective Order                                              UP_BIEN_000097

**Instructions for Administrator**
**Multi-head Signal Color Vision Field Test (CVFT)**

**1.** Ensure that the equipment you are using for the CVFT is operating properly.  Signal personnel should be available as required to change the lenses, light signals, etc.

**2.** Expose the targets in your pre-selected order.  Continue presenting aspects until all ten have been shown.  If fewer than ten are shown explain the reason why.

**3.** After the ten aspects are presented the test is completed.

**4.** An error is miscalling a test aspect.  If the subject changes a response before the next aspect is presented, record the second response only.

**5.** If the test subject ordinarily wears a correction for distance vision, the correction should be worn during this test. X-chrome lenses are NOT permitted.

**6.** If a test subject responds with "blue", etc. give this reminder, "There are only four colors, red, green, yellow and white."

**7.** If a test subject takes a long time to respond say, "As soon as you see the lights, call them".

**8.** Read the instructions to the testee, and give him/her an opportunity to answer questions.

www.up.com

BUILDING AMERICA

Confidential: Subject to Protective Order

UP_BIEN_000098

**Procedures for Administering Multi-Head Color Vision Field Test (CVFT)**

**Test Conditions**

**1.** Give the test during normal working hours.  Avoid sun glare problems.

**2.** Only one testee shall be tested at a time.  Others shall not be allowed to observe.  However, a union representative or railroad employee may observe on official business, but they must be behind the testee so as not to distract him/her from the test process or influence the ability to take the test.

**3.** The testee shall be positioned 1/4 mile from the signal, standing, and in a position to have an unobstructed view of the signal.

**4.** The testee does not need to be at a level equal with a locomotive cab.  He/she must merely have an unobstructed view of the lenses.

**Verbal Instruction from the Test Administrator to Applicant**

**1.** The aspects you will see consist of red, green, yellow and/or white lights.

**2.** One aspect is shown at a time.  One or two lights may be illuminated.  This test is not about your ability to identify the meaning of the any signal, it is a test of your ability to identify the colors.

**3.** Call out the colors as soon as you see them. Call the top lightfirst.  For example, if you saw the red lighted over the green you would call "Red over Green".

**4.** Remember, only 4 colors – red, green, yellow and white.

**5.** At the conclusion of the test you will be asked to sign the answer sheet indicating you took the CVFT.

**6.** Determine if the testee has any questions.



Confidential: Subject to Protective Order

UP_BIEN_000099

**IMPORTANT INSTRUCTIONS**

\*FIELD TEST AT 1/4 MILE
\*TEST BETWEEN 10:00AM  AND 2:00PM
\*BE SURE THE TESTEE IS WEARING HIS/HER APPROPRIATE EYEWEAR
\*MUST NOT WEAR RED OR X CHROME CONTACT LENSES

www.up.com

BUILDING AMERICA®

Confidential: Subject to Protective Order

UP_BIEN_000100