Exhibit 4.
Letter to Bien imposing work restrictions

FW-Med

**UNION PACIFIC RAILROAD**
5701 West Vickery Boulevard   Fort Worth, Texas
Phone 817-353-7048

**Kurt R. Zalar**    General Superintendent Transportation Services

July 30, 2013

## US CERTIFIED MAIL NO.  7013 1090 0000 0818 4729
## <u>RETURN RECEIPT ELECTRONIC</u>

Mr. James R. Bien
21790 Timber Creek Dr
Chandler TX 75758-1062

EID: 0270823 – Thru Frt Conductor

Dear Mr. Bien:

Upon review of medical documentation available to Union Pacific Railroad, Health & Medical Services has determined that you are medically cleared to work with the following work restriction:

1.      **You are not to perform jobs requiring color signal recognition.**

**This is to advise this restriction cannot be accommodated.**   If updated medical information is received, we will be glad to have the information reviewed and obtain another fitness-for-duty decision.

If you will be applying for any sickness benefits, you should take a copy of this letter with you.

Sincerely,

Kurt R. Zalar

/cas
cc:      Randall L. Lang, DRO
        Scott H. Bridgman – Emailed
        Scott A. McCoy – Emailed
        Seniority – LotusNotes
        CMSMgrInbound – LotusNotes
        SouthManpower – LotusNotes
        Job Data (RFL/AGR) (LOF/MDQ): _____

www.up.com

**BUILDING AMERICA**

0270823_Bien_JR_073013R_RTW_Restr_Cannot_Accom.docx

Bien 007