Exhibit 5.

Emails from SMART union General Chairperson J. Scott Chelette

**don.uloth@uloth.pro**

| | |
|---|---|
| **From:** | scott chelette <scottutue@outlook.com> |
| **Sent:** | Friday, August 15, 2025 11:50 AM |
| **To:** | don.uloth@uloth.pro |
| **Subject:** | James Bien |
| **Attachments:** | ~4380283.pdf; ~9649223.pdf; Bien appeal (Color Vision).docx; 2013-Letter=UTU Simpson =Bien color vision.doc; OCRB AHO and Administrator FAQs.pdf |

Don,

As we spoke about yesterday, I did some research in my office system, and this is what I found. I will be sending a separate email on behalf of Mr. Cooley. ==We did not do an OCRB appeal on behalf of any employee as this was not presented to our office as a Decertification event nor a failure to recertify.== Attached is all the information that was given to this office in regard to James Bien. I also attached a fact sheet and Q&A's regarding OCRB guidance. Again, I do not pretend to interpret federal law or different Reg's however the point I am making again is, ==this was presented to our office as a medical examination failure and was treated as such which is why the case was appealed to a Public Law Board== as you referenced in your email to my office yesterday. Neither employee fell under 49 CFR 240.219 or 242.401. OCRB's are also done by the employee however my office will assist when requested by the employee.

I hope this helps.

J. Scott Chelette
General Chairperson GO-927
O: (903) 561-1016
F: (903) 561-1443



---

**From:** Johnnie Stotts <JSTOTTS@UP.COM>
**Sent:** Wednesday, September 11, 2013 6:56 PM
**To:** UTU GCA <gca927@outlook.com>
**Cc:** Kurt R. Zalar <KRZALAR@up.com>; Cliff L. Bowman <CLBOWMAN@up.com>
**Subject:** Re: James Bien

Mr. Simpson,

Sorry this took so long to get back to you, I was just able to access my computer.
According to my records, Mr. Bien, 0270823, was tested on 7-25-13. He was accompanied and represented by UTU L/C M.A. Searcy. As you can see by the attached record, Mr. Bien failed
that test and was consulted by L/C Searcy on planning another test at a later date.
Again, as provided in the attached record, Mr. Bien was tested on 8-20-13. He was accompanied and represented by UTU L/C J.A. Alford. As you see by this record, Mr. Bien failed this test
and was consulted by L/C Alford on what further steps to take at this point.

1

As with every test, the details and procedures are explained to the employee and his representative in order to make sure the test in completed in a correct manner according to UP Policy.
At this point, after providing 2 field vision tests, it is not in Ft Worth Service units' limits or in my authority to provide another test.
I believe your request must be handled through the UP Medical Directors office.
If the request is granted, another test will be provided and as always, any UTU representative the employee requests, is always welcome.
Please feel free to contact me with any questions,

Johnnie Stotts, MTO
FWSU
817-353-7074

| | |
|---|---|
| From: | UTU GCA <gca927@outlook.com> |
| To: | Johnnie Stotts <jstotts@up.com>, Kurt Zalar <krzalar@up.com> |
| Date: | 09/06/2013 11:28 AM |
| Subject: | James Bien |

Gentlemen,

This office has been provided with a copy of the Union Pacific policy pertaining to vision acuity in conjunction with 49 CFR Part 242.117 and a copy of the procedure for field exams for employees who have failed a color vision test. Prior to today, this office has not had access to this information.

This will request that you schedule a field test for Mr. J. R. Bien (EID 0270823) on September 10, 11, or 12, 2013. Vice General Chairman Jeremy Brooks will be present to ensure that all criteria is met under the above-referenced guidelines.

Please advise.

Stephen M. Simpson
General Chairman GCA-927
SMART - UTU
1101 ESE Loop 323, Suite 180
Tyler, TX  75701
903-561-1016

**

This email and any attachments may contain information that is confidential and/or privileged for the sole use of the intended recipient. Any use, review, disclosure, copying, distribution or reliance by others, and any forwarding of this email or its contents, without the express permission of the sender is strictly prohibited by law. If you are not the intended recipient, please contact the sender immediately,

delete the e-mail and destroy all copies.
**

3

**don.uloth@uloth.pro**

| | |
|---|---|
| **From:** | scott chelette <scottutue@outlook.com> |
| **Sent:** | Friday, August 15, 2025 11:57 AM |
| **To:** | don.uloth@uloth.pro |
| **Subject:** | Fw: Cooley Vision Test |
| **Attachments:** | CCF10072014_00000.pdf |

Don,

This is the only record I could find of Mr. Cooley. I do remember that at the time this medical failure occurred on Mr. Cooley, a decision was made that once the outcome that Mr. Bien received at PLB 7139 award 188, that his case would not be progressed since precedent had already been set. This is typical in these common situations. An OCRB was not done on behalf of Mr. Cooley as well based on the same reason's we spoke about on the phone and the reasons in my previous email. This case was not presented to us as a failure to recertification but rather a medical examination failure.

J. Scott Chelette
General Chairperson GO-927
O: (903) 561-1016
F: (903) 561-1443



---

**From:** UTU GCA <gca927@outlook.com>
**Sent:** Tuesday, October 7, 2014 10:55 AM
**To:** Deb Gengler <dagengle@up.com>
**Subject:** Cooley Vision Test

Ms. Gengler,

Pursuant to our telephone conversation, attached is a copy of Mr. Cooley's Color Vision Field Test Form. As you can see, someone made several changes to the form. I do not understand why the changes were made, or what is meant, but this does not meet the criteria of a standard form once altered.

Please note that Mr. Cooley's Union representative was not present during the re-test, and the Carrier failed to have a signal maintainer present, as stated in the UP policy.

This requests that Mr. Cooley be provided a re-test of his vision in compliance with UP policy.

Please advise.

1


S. M. Simpson, General Chairman
SMART Transportation Division GO-927
1101 ESE Loop 323, Suite 180
Tyler, Texas  75701
903-561-1016