**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| James Bien, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-00074-ALM |
| | § | JURY |
| Union Pacific Railroad Company, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff's Motion for Partial Summary Judgment is granted, and the Court hereby grants summary judgment for Plaintiff and against Defendant on the defense based on Plaintiff's alleged failure to exhaust his administrative remedies under the Federal Railroad Safety Act and 49 C.F.R Part 242.