**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| James Bien,<br><br>Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Co.,<br><br>Defendant. | CASE NO. 4:25-cv-00074-ALM |

**JOINT MOTION TO REINSTATE SUMMARY JUDGMENT MOTIONS AND ESTABLISH LIMITED SUPPLEMENTAL BRIEFING SCHEDULE**

Plaintiff James Bien and Defendant Union Pacific Railroad Company jointly move to reinstate their previously filed summary-judgment motions (ECF Nos. 41 and 44), authorize limited supplemental briefing, and submit both motions for decision upon completion of that briefing. In support, the parties state:

1. The Fifth Circuit remanded this action for further proceedings on October 26, 2026. The mandate issued on November 16, 2026.

2. Before dismissal, Union Pacific filed its Motion for Summary Judgment and Memorandum (ECF No. 41), and Bien filed his Motion for Partial Summary Judgment on FRA Exhaustion Defense. (ECF No. 44). The Court's January 2, 2026 dismissal order denied the pending motions as moot. (ECF No. 59).

3. The parties previously submitted responses and replies concerning both motions, and Bien submitted a sur-reply concerning Union Pacific's motion. (ECF Nos. 54–58). The parties jointly request that the Court reinstate ECF Nos. 41 and 44 as pending motions and

consider them together with all previously filed supporting and opposing briefs, declarations, exhibits, and other supporting materials, including materials previously filed under seal.

4. To permit the parties to address any pertinent intervening developments, the parties request permission for each side to file one supplemental brief addressing either or both motions. Each party's supplemental brief would not exceed 3,000 words in total, including the caption, signature block, and certificates, and would be filed by fourteen days after entry of the Court's order. The parties propose simultaneous filing on that deadline.

5. Local Rule CV-7(f) requires leave for submissions beyond the ordinary motion briefing. The parties accordingly seek express authorization for the supplemental briefs and their future filing deadline. The limited supplementation will allow the Court to consider the motions on an updated basis without requiring the parties to refile their existing submissions or repeat their prior arguments.

6. The parties further request that, upon filing of both supplemental briefs, or expiration of the supplemental-briefing deadline, whichever occurs first, the Court deem both motions fully briefed and ripe for consideration. No additional responses, replies, or sur-replies would be filed absent further order of the Court.

7. This joint request concerns only reinstatement and the procedure for submission. Neither party concedes the merits of either motion or waives any argument or objection previously presented, subject to the Fifth Circuit's decision and mandate.

WHEREFORE, the parties jointly request that the Court:

a) Reinstate Union Pacific's Motion for Summary Judgment and Memorandum (ECF No. 41) and Bien's Motion for Partial Summary Judgment on FRA Exhaustion Defense (ECF No. 44);

b) Provide that all previously filed briefing and supporting materials concerning those motions remain before the Court without refiling;

c) Authorize each party to file one supplemental brief, not exceeding 3,000 words, by fourteen days after entry of the Court's order; and

d) Deem both motions fully briefed and ripe upon filing of both supplemental briefs or expiration of that deadline, whichever occurs first, with no further briefing absent Court order.

Dated this 20th day of November, 2026.

UNION PACIFIC RAILROAD COMPANY,
Defendant,

By: /s/ Jimmie L. Pinkham III

Scott P. Moore (NE# 20752)
Mark J. Goldsmith (NE# 26429)
Jimmie L. Pinkham III (NE# 25534)
of BAIRD HOLM LLP
1700 Farnam St. Ste. 1500
Omaha, NE 68102-2068
Phone: 402-344-0500
Email: spmoore@bairdholm.com
Email: mgoldsmith@bairdholm.com
Email: jpinkham@bairdholm.com

Hunter Johnson
Texas Bar No. 10753900
*Local Counsel*
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 Crescent Court, Suite 700
Dallas, TX 75201
Main: 214.646.3421 • Fax: 214.749.0078
Email: hjohnson@constangy.com

ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD CO.

and

/s/ Donald E. Uloth

Donald E. Uloth
Texas Bar No. 20374200
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Donald E. Uloth
Law Office of Donald E. Uloth
18208 Preston Rd. Suite D-9 #261
Dallas, Texas 75252
Don.uloth.pro

/s/ Jimmie L. Pinkham III
Attorney for Defendant

## CERTIFICATE OF CONFERENCE

Counsel has complied with the meet and confer requirements in Local Rule CV-7(h), and the Parties' motion is unopposed.

/s/ Jimmie L. Pinkham III
Attorney for Defendant