**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| James Bien,<br><br>Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Co.,<br><br>Defendant. | CASE NO. 4:25-cv-00074-ALM |

**ORDER GRANTING JOINT MOTION TO REINSTATE SUMMARY JUDGMENT MOTIONS AND ESTABLISH LIMITED SUPPLEMENTAL BRIEFING SCHEDULE**

This matter is before the Court on the parties' Joint Motion to Reinstate Summary Judgment Briefing. The Court finds that the motion should be granted.

**IT IS ORDERED:**

1. The parties' Joint Motion to Reinstate the Parties' Motions for Summary Judgment (ECF Nos. 41 and 44) is granted.

2. Defendant Union Pacific Railroad Company's Motion for Summary Judgment, supporting brief, statement of undisputed material facts, and related filings are reinstated and deemed pending before the Court.

3. Plaintiff's opposition materials and Defendant's reply materials are reinstated and deemed pending before the Court.

4. Plaintiff's Motion for Summary Judgment, supporting brief, statement of undisputed material facts, and related filings are reinstated and deemed pending before the Court.

5. Defendant's opposition materials and Plaintiff's reply materials are reinstated and deemed pending before the Court.

6. The Clerk of Court is directed to reinstate the summary judgment submissions on the Court's active docket for consideration and disposition following the completion of supplemental briefing.

7. The parties are permitted to each file one supplemental brief, not exceeding 3,000 words, by fourteen days after entry of this Order.

5. Upon submission of the parties' supplemental briefing, or fourteen days after the entry of this Order, both motions are deemed fully briefed and ripe for consideration.